IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JAMES MONROE PERRETTE,**           **PLAINTIFF**
**# 383573**

**V.**           **CIVIL ACTION NO. 1:15cv55-HSO-JCG**

**HARRISON COUNTY ADULT**
**DETENTION CENTER**           **DEFENDANT**

## FINAL JUDGMENT

This matter is before the Court, sua sponte, for consideration of dismissal.

Pursuant to the Order issued this date and incorporated herein by reference,

**IT IS, HEREBY, ORDERED AND ADJUDGED** that this case is

**DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 14th day of September, 2015.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE